BRIAN L. BUDSBERG, WSBA#11225
Brian L. Budsberg, P.L.L.C.
P.O. Box 1489
Olympia, WA 98507-1489
Telephone: (360) 584-9093
Facsimile: (360) 252-8333
Attorney for Debtor

HONORABLE PAUL B. SNYDER
Location Tacoma
Chapter 12

FILED _____
LODGED _____
RECEIVED _____

JUN 11 2010

MARK L. HATCHER
CLERK U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
_____ DEPUTY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

MAHAN PROPERTY, L.L.C.

Debtor(s).

Case No. 09-44348

ORDER APPROVING PRECONFIRMATION PAYMENT AND DISTRIBUTION

THIS MATTER, having come before the undersigned Judge of the above-entitled Court, upon agreed order of the Debtors and the Chapter 12 Trustee Virginia Burdette (the "Trustee"). The Court permitted the Debtor to make preconfirmation payments to the Trustee in the amounts listed in Debtor's budget attached to its third amended plan of reorganization for the months of February, March, and April 2010. Debtor has made these payments to the Trustee and Trustee seeks to make these distributions to creditors in this case. The Court being fully advised, it is therefore

ORDERED that, pursuant to 11 U.S.C. §1226, the Trustee is authorized to accept the amount of $7,500.00 paid from the Debtor in this case; and it is further

ORDERED that the Trustee is authorized to disburse this amount, minus Trustee's fees and costs, to Lornty Capital, L.L.C.

DATED this _11_ day of June, 2010.

_____
JUDGE PAUL SNYDER

ORDER APPROVING PRECONFIRMATION PAYMENT AND DISTRIBUTION - 1

BRIAN L. BUDSBERG, PLLC
1801 West Bay Drive, Suite 301
Olympia, Washington 98502
Phone: (360) 584-9093
Facsimile: (360) 252-8333

Presented by:

BRIAN L. BUDSBERG, PLLC

/s/ Benjamin J. Riley
Benjamin J. Riley, WSBA #34949
Attorney for the Debtor

ORDER APPROVING PRECONFIRMATION PAYMENT AND DISTRIBUTION - 2